UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
U.S. COURTHOUSE, SUITE 9E
300 SOUTH FOURTH STREET
MINNEAPOLIS, MINNESOTA 55415

JONATHAN LEBEDOFF
CHIEF MAGISTRATE JUDGE

(612) 664-5120

May 17, 2002

Dale Wagner, Esq.
Mark Hodkinson, Esq.
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402

Thomas Boyd, Esq.
3200 MN World Trade Center
30 East Seventh Street
St. Paul, MN 55101

John Owen, Esq.
Steven Boyd, Esq.
Jennifer Coleman, Esq.
2600 Grand Avenue
Kansas City, MO 64108-4606

Greg Brooker, Esq.
U.S. Attorney's Office
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

In Re: Anderson Farms, et al. v. Fireman's Fund Ins. Co.
Civil No. 01-1637 (PAM/JGL)

Dear Counsel:

Pursuant to Chief Judge Rosenbaum's Order, dated April 30, 2002, the pretrial conference in the above-captioned matter scheduled for May 22, 2002, has been stricken from this Court's calendar.

Very truly yours,

JONATHAN LEBEDOFF
Chief U.S. Magistrate Judge

cc: **Civil No. 01-1637 (PAM/JGL)**
Senior Judge Paul A. Magnuson

MAY 17 2002
FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______