140629

UNITED STATES DISTRICT COURT
District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert St., St. Paul, MN 55101, Phone: (651) 848-1100

PETITION FOR ADMISSION PRO HAC VICE

Case Number: 01-1637 PAM/~~JGL~~/RLE

Case Title: Anderson Farms, et al. v. Fireman's Fund Ins. Co., et al.

**Affidavit of Movant**

I, Thomas H. Boyd, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Matthew J. Salzman, an attorney admitted to practice in the United States District Court for the Western District of Missouri, but not admitted to the bar of this court, who will be counsel for the ( ) plaintiff (X) defendant Fireman's Fund Ins. Co., et al. in the case(s) listed above. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed above, and that I accept service of all papers served.

[signature]
Signature

200517
MN Attorney License #

10/11/02
Date

**Affidavit of Proposed Admittee**

I, Matthew J. Salzman, am currently a member in good standing of the U.S. District Court for the United States District Court for the Western District of Missouri, but not admitted to the bar of this court. I understanding that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Matthew J. Salzman
Type/Print Name

[signature]
Signature

10/2/02
Date

Attorney License Number: MO #50774; KS #19460; IN #18868-49

Law Firm Name & Address: Stinson, Morrison & Hecker
2600 Grand Avenue
Kansas City, MO 64108-4606

Telephone: 816-691-2600

Motion Granted: [signature]
For the Court: Richard D. Sletten, Clerk MML

OCT [illegible]
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

idmsstp:636761_1

FILED [illegible]
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK