UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Anderson Farms, et al, | ) | File No. 01-CV-1637(PAM/RLE) |
| v. | ) | |
| Fireman's Fund Insurance Company | ) | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiffs Anderson Farms, James R. Anderson, John Anderson, Daniel M. Benson, Gary C. Berndt, Myron J. Bluhm, Donald Boll, Marvin Breitkreutz, Jeffrey Lee Buboltz, Thomas E. DuHoux, Dennis Erickson, Freiborg Farms, Dan Freiborg, Randy Freiborg, G & J Schwitters Farm Inc., Dennis G. Garberich, Dale L. Knoshal, James R. Kosak, Keith J. McNamara, Greg M. Mertens, Leo T. Mertens, Todd R. Mertens, Dale Neal, Deane Neal, Duane Neal, Daniel J. Palmer, Thomas E. Palmer, Payne Partnership, Chad Payne, Jan Payne, Thomas Payne, Michael D. Petersen, Rick D. Petersen, Thomas Pieper, Howard Pierce, Ronald Pierce, David Plass, Merle D. Post, Randy L. Post, Kolyn Prodoehl, Prokosch Farms Inc., Scott Roelofs, Ricky Rose, Schemel Farms, Inc., Timothy Schemel, Jason Schwitters, Gary Sonstegard, Bruce Spieker, Michael Stamer, Gary TerWisscha, Ralph Thissen, Tim Thissen, Triko Farms Inc., and David Lee Wertish in the above-referenced case, by and through their respective undersigned counsel, hereby dismiss all of their claims against Defendant Fireman's Fund Insurance Company ("Fireman's Fund") in the above-referenced action with prejudice and on the merits with each party bearing their own costs, including attorneys' fees.

Dated: May 28, 2004

**BASSFORD REMELE**

s/Mark P. Hodkinson

Dale M. Wagner (#13554)
Mark P. Hodkinson (#159189)
33 South 6th Street
Suite 3800
Minneapolis, Minnesota 55402-3701
Telephone: (612) 340-2600
Facsimile: (612) 340-2807

Attorneys for Plaintiffs

**June 3**
Dated: ~~May~~ ___, 2004

WINTHROP & WEINSTINE, P.A.

s/Thomas H. Boyd

Thomas H. Boyd (#200517)
Matthew D. Spohn (#313567)
Suite 3500
225 South Sixth Street
Minneapolis, Minnesota 55402
Tel: (612) 604-6400
Fax: (612) 604-6800

HENKE-BUFKIN
W. Kurt Henke, Esq.
Michael D. Stevens, Esq.
P.O. Box 39
Clarksdale, Mississippi 38614
Tel: (662) 624-8500
Fax: (662) 624-8040

Attorneys for Defendant

2118961v1