**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

01-CV-1637 (PAM/RLE)
Anderson Farms, et al. v. Fireman's Fund Insurance Company

I hereby certify that on June 3, 2004, I caused the following documents:

Stipulation for Dismissal with Prejudice

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Dale Wagner/ dalew@bassford.com
Mark P. Hodkinson/ markh@bassford.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

None

Dated: June 3, 2004

**s/ Thomas H. Boyd**
Attorney's Typed Name
Winthrop & Weinstine, P.A.
**Attorneys for National Crop Insurance Services**
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402-4629
Telephone: (612) 604-6400
Facsimile: (612) 604-6800
tboyd@winthrop.com

2121619v1